|         |                                              |
|---------|----------------------------------------------|
| **To:** | The Honorable Frank D. Whitney<br>U.S. District Court Judge |
| **From:** | Melissa Downs<br>Probation Officer |
| **Subject:** | **Sinatra McIntyre**<br>Case Number: 0419 3:14CR00092- 001<br>**REQUEST TO DESTROY SEIZED PROPERTY** |
| **Date:** | 3/4/2021 |



**NORTH CAROLINA WESTERN**
**MEMORANDUM**

On 08/11/2015, the defendant was sentenced pursuant to a conviction for Possession of a Firearm by a Convicted Felon. He was ordered to serve 37 months imprisonment, followed by two (2) years of supervised release. His term of supervised release commenced on 06/13/2017. The defendant's supervised release was revoked on 10/23/2017. He was ordered to serve five months imprisonment, followed by two (2) years of supervised release. This term of supervised released commenced on 1/26/2018. Following this term, the defendant's term of supervised release was revoked on 1/3/2019. The following property was seized from the defendant during his supervision term: 1) A large machete knife. This item was seized on 7/23/2018 from the defendant's residence. The item was considered contraband while on supervised release and USPO has made attempts to return such upon defendant's completion, but with no success. It is respectfully requested that Your Honor authorize destruction of the aforementioned item.

Thank you for your time and attention to this matter. Please do not hesitate to contact me at 704-350-7634, should you have any questions.

THE COURT ORDERS:

☒ Destroy Seized Property as Requested
☐ Do Not Destroy Seized Property
☐ Return Seized Property to the Defendant

Signed: March 4, 2021

_____
Frank D. Whitney
United States District Judge